PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jarrett Lane                                  Cr.: 19-00355-001
                                                                                    PACTS #: 5940543

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/05/2019

Original Offense:    18:922g: Felon in possession of a firearm

Original Sentence: 32 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Support Dependents

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/27/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On February 1, 2022, Mr. Lane tested positive for marijuana. |

U.S. Probation Officer Action:
Mr. Lane received a verbal reprimand. The undersigned recommended healthier activities and prosocial skills to help him make better decisions to avoid surroundings and people that are not conducive to his rehabilitation. He is aware he will be recommended for treatment services if he continues to test positive for substance use.

Prob 12A – page 2
Jarrett Lane

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Julie Chowdhury/SGM*

By:   JULIE CHOWDHURY
       U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*      *2/3/2022*
SUZANNE GOLDA-MARTINEZ      Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

2/8/2022
Date